ORIGINAL

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AURA MCCLAIN, | ) | CASE NO. SACV 13-1241 (ANx) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DOWNEY SAVINGS & LOAN | ) | |
| ASSOCIATION FA, OLD REPUBLIC | ) | |
| TITLE COMPANY OF ORANGE | ) | |
| COUNTY; DSL SERVICE | ) | |
| COMPANY; FANNIE MAE- | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION; FANNIE MAE | ) | |
| REMIC TRUST 2007-30; LEHMAN | ) | |
| BROTHERS HOLDINGS, INC.; | ) | |
| CENTRAL MORTGAGE LOAN | ) | |
| SERVICING; PLM LENDER | ) | |
| SERVICES, INC.; US BANK | ) | |
| NATIONAL MORTGAGE | ) | |
| ASSOCIATION, AND MORTGAGE | ) | |
| ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

1       Having dismissed this case, the Court now enters Judgment in favor of all Defendants and

2   against Plaintiff.

3

4

5   IT IS SO ORDERED.

6   DATED: October 31, 2013

7

8                                                         _____

9                                           Andrew J. Guilford
                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2